ARMAND GREGOIRE v. G. P. PUTNAM'S SONS et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See 272 App. Div. 591.]

MORRIS W. TAUB et al. v. JOSEPHINE G. BRAUN.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 272 App. Div. 1046.]

NEW YORK CITY OMNIBUS CORPORATION et al., v. MICHAEL J. QUILL, as President of Transport Workers Union of America, C.I.O., et al., an Unincorporated Association.— Motion for leave to appeal to the Court of Appeals granted. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See 272 App. Div. 1015.]

HUGHES TOOL COMPANY v. BENJAMIN FIELDING, as Commissioner of Licenses of the City of New York, et al.—Motion for leave to appeal to the Court of Appeals granted. Present — Glennon, J. P., Cohn, Callahan and Van Voorhis, JJ. [See 272 App. Div. 1048.]

WATCHTOWER BIBLE & TRACT SOCIETY, INC., et al., v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied as premature. (See Civ. Prac. Act, § 591, subd. 1.) Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See 272 App. Div. 1039; post, p. 807.]

EUGENE GENDEL v. CITY OF NEW YORK.—Motion for leave to appeal to the Court of Appeals granted. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See 272 App. Div. 1040.]

# (December 19, 1947.)

EDITH L. THISTLE, Respondent, v. FREDERICK C. STUTZMAN, Appellant, et al., Defendants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $5,168.10, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ.

HEDWIG A. KENNEDY, Respondent, v. JAMES B. KENNEDY, Appellant.— The defendant did not sustain the burden of proof, which was upon him, of establishing that the Florida divorce was invalid. Judgment unanimously affirmed, without costs. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See post, pp. 847, 957.]

GEORGE MACY COMPANIES, INC., Appellant, v. NEW YORK POST CORPORATION et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

AARON G. SRYBNIK et al., Copartners Trading under the Name of S. & S. MACHINERY Co., Respondents, v. PETER AMENDOLA et al., Copartners Trading under the Name of TAMCO MANUFACTURING Co., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See post, p. 846.]